**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **HAAKAYOO ZOOGGYIE,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:08-CV-126** |
| | ) | **(Phillips)** |
| **EAST TENNESSEE STATE UNIVERSITY** | ) | |
| And **TENNESSEE BOARD OF REGENTS** | ) | |
| **Defendants.** | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss filed by defendants. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Haakayoo Zoggyie take nothing, that the action be **DISMISSED**, and that the defendants recover of the plaintiff their costs of action.

The final pretrial conference scheduled for August 23, 2010 and the trial scheduled for August 31, 2010 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of June, 2009.

_____ s/ Patricia L. McNutt _____
Clerk of Court